THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF ROCHESTER, Appellant, *v.* GEORGE A. DE WITT et al., as Assessors of the Town of Henrietta, Respondents.

*People ex rel. City of Rochester* v. *De Witt,* 59 App. Div. 493, affirmed.
(Argued April 16, 1901; decided May 17, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

March 20, 1901, affirming an order of Special Term quashing a writ of certiorari issued to review an assessment levied upon conduits owned by the city of Rochester and situated in the town of Henrietta.

*P. M. French* for appellant.

*William F. Cogswell* for respondents.

Order affirmed, with costs, as upon an appeal from a judgment, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, LANDON and CULLEN, JJ.